PER CURIAM.
Denied. Lindsey v. Sherman, 402 So.2d 1349 (Fla. 4th DCA 1981). Accord Fenner v. Jack L. Butcher, Inc., 560 So.2d 430 (Fla. 5th DCA 1990); Tucker v. Rudnianyn, 517 So.2d 785 (Fla. 5th DCA 1988). Contra Johnson Engineering, Inc. v. Pate, 563 So.2d 1122 (Fla. 2d DCA 1990); Quality Coffee Service, Inc. v. Tallahassee Coca-Cola Bottling Co., 474 So.2d 427 (Fla. 1st DCA 1985); Spring v. Ronel Refining, Inc., 421 So.2d 46 (Fla. 3d DCA 1982); Sarasota-Manatee Airport Authority v. Alderman, 238 So.2d 678 (Fla. 2d DCA 1970).
POLEN and GARRETT, JJ., concur.
WARNER, J., concurs specially with opinion.